# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3496

_____

| | | |
|---|---|---|
| Velva Tucker-Cole, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Fats Convenience Stores, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 28, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Velva Tucker-Cole brings this pro se appeal following an adverse jury verdict in her race and retaliation-based employment discrimination action. Tucker-Cole contends the district court committed error in excluding certain evidence and in refusing to submit the issue of punitive damages to the jury. Having considered the record in the context of Tucker-Cole's contentions, we conclude her claims of trial error are without merit and an extended discussion is unnecessary. We thus affirm the district court. See 8th Cir R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.